IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL F. HARRISON,

      Petitioner,                      No. CIV S-10-0547 FCD KJM P

   vs.

DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

      Respondents.            <u>ORDER</u>

                                 /

Petitioner has requested leave to file an amended petition for writ of habeas corpus. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to file an amended petition for writ of habeas corpus is granted;

2. Petitioner's original habeas petition is dismissed;

3. Petitioner is granted thirty days within which to file an amended petition on the form to be provided by the Clerk of the Court;

/////

1

4. Petitioner's failure to file an amended petition within thirty days will result in a recommendation that this action be dismissed;

5. The court's May 10, 2010 recommendation that this action be dismissed is vacated; and

6. The Clerk of the Court is directed to send petitioner the court's form-application for writ of habeas corpus by state prisoners.

DATED: June 3, 2010.

/s/ Gregory G. Hollows
U.S. MAGISTRATE JUDGE

1
harr0547.15