IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL F. HARRISON,

    Petitioner,        No. CIV S-10-0547 KJM GGH (TEMP) P

    vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION, et al.,

    Respondents.        ORDER
_____/

    This petition for writ of habeas corpus was dismissed on January 21, 2011 and judgment entered accordingly. Petitioner's filing, entitled motion for a court order for copies, filed on May 2, 2012, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

    IT IS SO ORDERED.

DATED: May 9, 2012

                /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE

GGH:mp; harr0547.158