IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL F. HARRISON,

      Petitioner,                    No. CIV S-10-0547 KJM GGH (TEMP) P

     vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION, et al.,

      Respondents.               <u>ORDER</u>

/

This petition for writ of habeas corpus was dismissed on January 21, 2011 and judgment entered accordingly. Petitioner's filing, entitled motion for a court order for copies, filed on May 2, 2012, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

      IT IS SO ORDERED.

DATED: May 9, 2012

                                    /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH:mp; harr0547.158